IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
--------------------------------------------------------x
                                           :
SAMUEL COMPO                               :    3:02 CV 1675 (PCD)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :    DATE: MARCH 3, 2004
                                           :
--------------------------------------------------------x
--------------------------------------------------------x
                                           :
RICHARD K. LASKEVITCH                      :    3:02 CV 1676 (GLG)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :    DATE: MARCH 3, 2004
                                           :
--------------------------------------------------------x
--------------------------------------------------------x
                                           :
MICHAEL SELMONT                            :    3:02 CV 1677 (GLG)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :    DATE: MARCH 3, 2004
                                           :
--------------------------------------------------------x
--------------------------------------------------------x
                                           :
ROBERT FUDA                                :    3:02 CV 1678 (RNC)
                                           :
                                           :
v.                                         :
                                           :
                                           :
METRO-NORTH RAILROAD CO. ET AL.            :    DATE: MARCH 3, 2004
                                           :
--------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
JOHN P. GEARY                                              :    3:02 CV 1679 (WWE)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
THOMAS KINIRY                                              :    3:02 CV 1680 (JBA)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JOHN RAGGI                                                 :    3:02 CV 1681 (GLG)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
EDWARD P. RUSSO                                            :    3:02 CV 1682 (JCH)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
```

2

```
-----------------------------------------------------------x
                                                           :
JAMES SCOFIELD                                             :    3:02 CV 1683 (JCH)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                           :    DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
MILLARD J. SULLIVAN                                        :    3:02 CV 1684 (JCH)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                           :    DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
TIMOTHY SWEENEY                                            :    3:02 CV 1872 (RNC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                           :    DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
ROBERT BLACK                                               :    3:02 CV 1873 (AVC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                           :    DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
```

3

```
--------------------------------------------------------x
                                                        :
ALFRED SCHUMACHER                                       :      3:02 CV 1875 (AHN)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :      DATE: MARCH 3, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
FRANCIS E. BAKUTIS                                      :      3:02 CV 1877 (MRK)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :      DATE: MARCH 3, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
CHARLES KANE                                            :      3:02 CV 1878 (CFD)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :      DATE: MARCH 3, 2004
                                                        :
--------------------------------------------------------x
--------------------------------------------------------x
                                                        :
FREDERICK N. KOVAL                                      :      3:02 CV 1879 (GLG)
                                                        :
                                                        :
v.                                                      :
                                                        :
                                                        :
METRO-NORTH RAILROAD CO. ET AL.                         :      DATE: MARCH 3, 2004
                                                        :
--------------------------------------------------------x
```

4

```
-----------------------------------------------------x
                                                     :
SIGISMONDO LoVERME                                   :   3:02 CV 1880 (PCD)
                                                     :
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 3, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
TIMOTHY STRAND                                       :   3:02 CV 1883 (AWT)
                                                     :
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 3, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
JAMES E. CAFFREY                                     :   3:02 CV 1884 (CFD)
                                                     :
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 3, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
MICHAEL BETTINI                                      :   3:02 CV 2030 (RNC)
                                                     :
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: MARCH 3, 2004
                                                     :
-----------------------------------------------------x
```

5

```
-----------------------------------------------------------x
                                              :
PAUL CIUZIO                                   :    3:02 CV 2032 (JBA)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :    DATE: MARCH 3, 2004
                                              :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                              :
RICHARD FANNING                               :    3:02 CV 2034 (SRU)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :    DATE: MARCH 3, 2004
                                              :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                              :
THOMAS FARLEY                                 :    3:02 CV 2035 (WWE)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :    DATE: MARCH 3, 2004
                                              :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                              :
CALOGERO FARRUGGIO                            :    3:02 CV 2036 (CFD)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :    DATE: MARCH 3, 2004
                                              :
-----------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
CLYDE GIBBS                                                :        3:02 CV 2037 (WWE)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :        DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
THOMAS INFANTINO                                           :        3:02 CV 2038 (GLG)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :        DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
ANTONIO SARTORI                                            :        3:02 CV 2039 (PCD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :        DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
LAWRENCE TRAMAGLINI                                        :        3:02 CV 2040 (SRU)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :        DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
```

7

```
------------------------------------------------------x
                                                      :
JOSEPH WALZ                                           :    3:02 CV 2041 (DJS)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: MARCH 3, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
MAURICE BARRETT                                       :    3:03 CV 180 (DJS)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: MARCH 3, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
DAVID B. BETRIX                                       :    3:03 CV 181 (WWE)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: MARCH 3, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
THOMAS BYRNE, SR.                                     :    3:03 CV 182 (CFD)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: MARCH 3, 2004
                                                      :
------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
FRANK A. DiLORENZO                                         :   3:03 CV 183 (AWT)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                           :   DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
DENNIS INCONSTANTI                                        :   3:03 CV 184 (JCH)
                                                           :
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                           :   DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JOHN F. JOHNSON, JR.                                       :   3:03 CV 185 (GLG)
                                                           :
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                           :   DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JERRY D. PATTERSON, SR.                                    :   3:03 CV 187 (GLG)
                                                           :
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                           :   DATE: MARCH 3, 2004
                                                           :
-----------------------------------------------------------x
```

9

```
---------------------------------------------------------x
                                               :
PEDRO S. RODRIGUEZ                             :    3:03 CV 188 (JBA)
                                               :
                                               :
v.                                             :
                                               :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :    DATE: MARCH 3, 2004
                                               :
---------------------------------------------------------x
---------------------------------------------------------x
                                               :
RICHARD STARR                                  :    3:03 CV 189 (RNC)
                                               :
                                               :
v.                                             :
                                               :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :    DATE: MARCH 3, 2004
                                               :
---------------------------------------------------------x
---------------------------------------------------------x
                                               :
ROBERT WEST                                    :    3:03 CV 190 (AWT)
                                               :
                                               :
v.                                             :
                                               :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :    DATE: MARCH 3, 2004
                                               :
---------------------------------------------------------x
---------------------------------------------------------x
                                               :
ROBERT F. WRIGHT                               :    3:03 CV 191 (RNC)
                                               :
                                               :
v.                                             :
                                               :
                                               :
METRO-NORTH RAILROAD CO. ET AL.                :    DATE: MARCH 3, 2004
                                               :
---------------------------------------------------------x
```

<u>RULING ON PLAINTIFFS' MOTIONS FOR RECONSIDERATION AND MOTIONS TO
EXTEND THE DEADLINE FOR FILING ANY OBJECTIONS UNTIL AFTER THE COURT
RULES ON THE INSTANT MOTION</u>

In late 2002 through early 2003, fifty-four lawsuits were filed under the FELA, regarding Plaintiffs' hearing loss, allegedly caused by Defendants.[1] These fifty-four lawsuits were all referred to this Magistrate Judge for discovery. (<u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #19).[2] Active discovery is now ongoing: by agreement of counsel, these lawsuits have been designated into four "batches," with the first two batches completing fact discovery by March 31, 2004 and completing expert discovery by June 30, 2004, and with the second two batches completing fact discovery by September 30, 2004 and completing expert discovery by December 31, 2004. (<u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #22, ¶¶ 1-2).

On December 17, 2003, Defendants Consolidated Rail Corporation and American Financial Group [collectively "the Conrail Defendants"[3]] filed forty-two Motions to Compel Plaintiffs' Response to Defendants' Requests for Production of Documents and For Sanctions for Failure to Make Disclosure or Cooperate in Discovery. <u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #34.   In these motions, the Conrail Defendants moved to compel Plaintiffs to respond to eleven of the eighteen requests from their Requests for Production of Documents, dated February 4, 2003, and to sanction Plaintiffs for failing to

_____

[1]Since then, seven of the lawsuits have been withdrawn.  <u>Righton</u>, 02 CV 892 (AVC); <u>Warley</u>, 3:02 CV 978 (RNC); <u>Kautz</u>, 3:02 CV 1874 (JBA); <u>Wilson</u>, 3:02 CV 1876 (DJS); <u>Mackey</u>, 3:02 CV 1881 (AWT); <u>Murray</u>, 3:02 CV 1882 (JBA); and <u>Corban</u>, 3:02 CV 2033 (PCD).

[2]For ease of reference, when discussing procedural matters beyond the pending motions or arguments made in all these motions and briefs, referral will be made solely to the docket numbers in the <u>Compo</u> file.

[3]American Financial Group is not a defendant in the following eight cases: <u>Compo</u>, 3:02 CV 1675 (PCD); <u>Laskevitch</u>, 3:02 CV 1676 (GLG); <u>Selmont</u>, 3:02 CV 1677 (GLG); <u>Black</u>, 3:02 CV 1873 (AVC); <u>Schumacher</u>, 3:02 CV 1875 (AHN); <u>Sartori</u>, 3:02 CV 2039 (PCD); <u>Patterson</u>, 3:03 CV 187 (GLG); and <u>Starr</u>, 3:03 CV 189 (RNC).  (<u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #36, at 2, n.1).

make required disclosures, failing to cooperate in discovery, and making false and misleading disclosures.  On January 15, 2004, this Magistrate Judge filed her Ruling on the Conrail Defendants' Motions to Compel Plaintiffs, filed January 15, 2004 ["January 15th Ruling"](Compo, Dkt. #42), familiarity with which is presumed, which granted the motions in part and denied them in part.

On January 28, 2004, Plaintiffs filed the pending forty Motions for Reconsideration and Motion to Extend the Deadline for Filing Any Objections Until After the Court Rules on the Instant Motion, and briefs in support.[4]  Compo, 3:02 CV 1675 (PCD), Dkts. ##44-45; Laskevitch, 3:02 CV 1676 (GLG), Dkts. ##40-41; Selmont, 3:02 CV 1677 (GLG), Dkts. ##41-42; Fuda, 3:02 CV 1678 (RNC), Dkts. ##44-45; Geary, 3:02 CV 1679 (WWE), Dkts. ##44-45; Kiniry, 3:02 CV 1680 (JBA), Dkts. ##55-56; Raggi, 3:02 CV 1681 (GLG), Dkts. ##44-45; Russo, 3:02 CV 1682 (JCH), Dkts. ##44-45; Scofield, 3:02 CV 1683 (JCH), Dkts. ##49-50; Sullivan, 3:02 CV 1684 (JCH), Dkts. ##44-45; Sweeney, 3:02 CV 1872 (RNC), Dkts. ##45-46; Black, 3:02 CV 1873 (AVC), Dkts. ##42-43; Schumacher, 3:02 CV 1875 (AHN), Dkts. ##42-43; Bakutis, 3:02 CV 1877 (MRK), Dkts. ##43-44; Kane, 3:02 CV 1878 (CFD), Dkts. ##39-40; Koval, 3:02 CV 1879 (GLG), Dkts. ##40-41; LoVerme, 3:02 CV 1880 (PCD), Dkts. ##44-45; Strand, 3:02 CV 1883 (AWT), Dkts. ##38-39; Caffrey, 3:02 CV 1884 (CFD), Dkts. ##41-42; Bettini, 3:02 CV 2030 (RNC), Dkts. ##42 & 44; Ciuzio, 3:02 CV 2032 (JBA), Dkts. ##50-51; Fanning, 3:02 CV 2034 (SRU), Dkts. ##38-39; Farley, 3:02 CV 2035 (WWE), Dkts. ##37-38; Farruggio, 3:02 CV 2036 (CFD), Dkts. ##42-43; Gibbs, 3:02 CV 2037 (WWE), Dkts. ##39-40; Infantino, 3:02 CV 2038 (GLG), Dkts. ##39-40; Sartori, 3:02 CV 2039 (PCD), Dkts. ##42-

---

[4]Attached as Exh. 1 is a copy of Cusack v. Metro-North Commuter RR, Civ. No. N90-83 (TFGD)(D. Conn. March 28, 1991).

43; Tramaglini, 3:02 CV 2040 (SRU), Dkts. ##37-38; Walz, 3:02 CV 2041 (DJS), Dkts.
##45-46; Barrett, 3:03 CV 180 (DJS), Dkts. ##36-37; Betrix, 3:03 CV 181 (WWE), Dkts.
##37-38; Byrne, 3:03 CV 182 (CFD), Dkts. ##30-31; DiLorenzo, 3:03 CV 183 (AWT),
Dkts. ##33-34; Inconstanti, 3:03 CV 184 (MRK), Dkts. ##37-38; Johnson, 3:03 CV 185
(GLG), Dkts. ##34-35; Patterson, 3:03 CV 187 (GLG), Dkts. ##30-31; Rodriguez, 3:03
CV 188 (JBA), Dkts. ##38-39; Starr, 3:03 CV 189 (RNC), Dkts. ##34-35; West, 3:03 CV
190 (AWT), Dkts. ##36-37; Wright, 3:03 CV 191 (RNC), Dkts. ##40-41.

On February 17, 2004, the Conrail Defendants filed their briefs in opposition in
the following thirty-six cases. Laskevitch, 3:02 CV 1676 (GLG), Dkt. #44; Selmont, 3:02
CV 1677 (GLG), Dkt. #46; Fuda, 3:02 CV 1678 (RNC), Dkt. #48; Geary, 3:02 CV 1679
(WWE), Dkt. #48; Kiniry, 3:02 CV 1680 (JBA), Dkt. #59; Raggi, 3:02 CV 1681 (GLG),
Dkt. #48; Russo, 3:02 CV 1682 (JCH), Dkt. #49; Scofield, 3:02 CV 1683 (JCH), Dkt. #54;
Sweeney, 3:02 CV 1872 (RNC), Dkt. #49; Black, 3:02 CV 1873 (AVC), Dkt. #46;
Schumacher, 3:02 CV 1875 (AHN), Dkt. #44; Bakutis, 3:02 CV 1877 (MRK), Dkt. #48;
Kane, 3:02 CV 1878 (CFD), Dkt. #44; Koval, 3:02 CV 1879 (GLG), Dkt. #44; LoVerme,
3:02 CV 1880 (PCD), Dkt. #48; Strand, 3:02 CV 1883 (AWT), Dkt. #42; Caffrey, 3:02 CV
1884 (CFD), Dkt. #46; Bettini, 3:02 CV 2030 (RNC), Dkt. #47; Ciuzio, 3:02 CV 2032
(JBA), Dkt. #54; Fanning, 3:02 CV 2034 (SRU), Dkt. #42; Farley, 3:02 CV 2035 (WWE),
Dkt. #41; Farruggio, 3:02 CV 2036 (CFD), Dkt. #47; Gibbs, 3:02 CV 2037 (WWE), Dkt.
#44; Infantino, 3:02 CV 2038 (GLG), Dkt. #43; Sartori, 3:02 CV 2039 (PCD), Dkt. #46;
Walz, 3:02 CV 2041 (DJS), Dkt. #49; Barrett, 3:03 CV 180 (DJS), Dkt. #40; Betrix, 3:03
CV 181 (WWE), Dkt. #41; Byrne, 3:03 CV 182 (CFD), Dkt. #35; DiLorenzo, 3:03 CV 183
(AWT), Dkt. #37; Inconstanti, 3:03 CV 184 (MRK), Dkt. #42; Johnson, 3:03 CV 185
(GLG), Dkt. #38; Rodriguez, 3:03 CV 188 (JBA), Dkt. #43; Starr, 3:03 CV 189 (RNC),

Dkt. #38; West, 3:03 CV 190 (AWT), Dkt. #40; Wright, 3:03 CV 191 (RNC), Dkt. #44.[5]

And on February 26, 2004, Plaintiffs filed their reply briefs in the following forty files.[6] Compo, 3:02 CV 1675 (PCD), Dkt. #48; Laskevitch, 3:02 CV 1676 (GLG), Dkt. #45; Selmont, 3:02 CV 1677 (GLG), Dkt. #47; Fuda, 3:02 CV 1678 (RNC), Dkt. #49; Geary, 3:02 CV 1679 (WWE), Dkt. #49; Kiniry, 3:02 CV 1680 (JBA), Dkt. #60; Raggi, 3:02 CV 1681 (GLG), Dkt. #49; Russo, 3:02 CV 1682 (JCH), Dkt. #50; Scofield, 3:02 CV 1683 (JCH), Dkt. #55; Sullivan, 3:02 CV 1684 (JCH), Dkt. #49; Sweeney, 3:02 CV 1872 (RNC), Dkt. #50; Black, 3:02 CV 1873 (AVC), Dkt. #47; Schumacher, 3:02 CV 1875 (AHN), Dkt. #45; Bakutis, 3:02 CV 1877 (MRK), Dkt. #49; Kane, 3:02 CV 1878 (CFD), Dkt. #45; Koval, 3:02 CV 1879 (GLG), Dkt. #45; LoVerme, 3:02 CV 1880 (PCD), Dkt. #49; Strand, 3:02 CV 1883 (AWT), Dkt. #43; Caffrey, 3:02 CV 1884 (CFD), Dkt. #47; Bettini, 3:02 CV 2030 (RNC), Dkt. #48; Ciuzio, 3:02 CV 2032 (JBA), Dkt. #55; Fanning, 3:02 CV 2034 (SRU), Dkt. #43; Farley, 3:02 CV 2035 (WWE), Dkt. #42; Farruggio, 3:02 CV 2036 (CFD), Dkt. #48; Gibbs, 3:02 CV 2037 (WWE), Dkt. #45; Infantino, 3:02 CV 2038 (GLG), Dkt. #44; Sartori, 3:02 CV 2039 (PCD), Dkt. #47; Tramaglini, 3:02 CV 2040 (SRU), Dkt. #41; Walz, 3:02 CV 2041 (DJS), Dkt. #50; Barrett, 3:03 CV 180 (DJS), Dkt. #41; Betrix, 3:03 CV 181 (WWE), Dkt. #42; Byrne, 3:03 CV 182 (CFD), Dkt. #36; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #38; Inconstanti, 3:03 CV 184 (MRK), Dkt. #43; Johnson, 3:03 CV 185 (GLG), Dkt. #39; Patterson, 3:03 CV 187 (GLG), Dkt. #34; Rodriguez, 3:03 CV 188 (JBA), Dkt. #44; Starr, 3:03 CV 189 (RNC), Dkt. #39; West, 3:03

---

[5]Briefs in opposition were never filed in the following four cases: Compo, 3:02 CV 1675 (PCD); Sullivan, 3:02 CV 1684 (JCH); Tramaglini, 3:02 CV 2040 (SRU); and Patterson, 3:03 CV 187 (GLG).

[6]Attached as Exh. A was a copy of the e-mail notification from the Court's CM/ECF electronic docketing system, received by Plaintiffs' counsel on January 27, 2004.

CV 190 (AWT), Dkt. #41; <u>Wright</u>, 3:03 CV 191 (RNC), Dkt. #45.

The pending motions pertain solely to Requests for Productions Nos. 4 and 12. As the January 15th Ruling indicates, Request No. 4 sought: "Any and all statements taken from or given by the [D]efendants, Conrail and/or Penn Central, their agents, servants and/or employees which relate in any way to the hearing loss that the [P]laintiff allegedly received as alleged in his Complaint." (At 17)(emphasis omitted). On September 3, 2003, each Plaintiff responded that he was "not aware of any," and further indicated that to the extent that this Request seeks statements obtained after the instant lawsuit was filed, such statements are protected by the work-product doctrine. (<u>Id.</u>)(citations omitted). The January 15th Ruling held:

> Plaintiffs are correct that under Local Rule 37(a), a party need not prepare a privilege log for "written communications between a party and its trial counsel after commencement of the action and the work product material created after commencement of the action."  However, Rule 4.2 of the Rules of Professional Conduct, as approved by the Connecticut Superior Court on October 1, 1986 and adopted by the judges of the District Court of Connecticut, reads: "In representing a client, a lawyer shall not communicate about the subject of the representation with a party the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized by law to do so." (2002). The "purpose of the Rule 4.2 is to protect the lawyer-client relationship by preventing opposing counsel from taking advantage of a non-lawyer's relative unfamiliarity with the law or prompting a non-lawyer's inadvertent disclosure against interest." <u>In re Grievance Proceeding</u>, 2002 U.S. Dist. LEXIS 18417, at *4-5 (multiple citations omitted).  Thus, to the extent Plaintiffs' counsel has engaged in communications with defendants' employees, Plaintiffs' counsel must have received the consent of defense counsel in accordance with Rule 4.2.

> In an abundance of caution, in the event Plaintiffs have any post-litigation statements taken from Conrail and/or Penn Central employees, such documents shall be submitted to the Magistrate Judge for her <u>in camera</u> review . . .

(At 17-18).

As the January 15th Ruling further indicated, Request No. 12 sought: "Any and all reports, statements, signed or unsigned, transcribed, and/or written, in the possession, custody or control of the [P]laintiff which were filled out or completed by any witness to the unreasonably unsafe working conditions and/or excessive noise to which the [P]laintiff was alleged exposed." (Id. at 20). On September 3, 2003, Plaintiffs objected to this request as overly broad, vague, unduly burdensome, irrelevant, and to the extent this request seeks statements after the lawsuits were filed, any such statements are protected by the work-product doctrine. (Id. at 20-21). The January 15th Ruling similarly held: "Again, to the extent there are any responsive documents, they shall be served on defense counsel . . ., and in an abundance of caution, in the event Plaintiffs have any post-litigation statements, such statements shall be submitted to the Magistrate Judge for her in camera review . . . ." (At 21).

In these motions, Plaintiffs ask the Court to reconsider the January 15th Ruling, because "it does not take into account the effect of 45 U.S.C. § 60"[7] in these FELA actions, and "any such statements are clearly work-product, and by the express language of [Local Rule] 37(a)[,] do not even have to be identified in a privilege log, let alone produced for an in camera inspection." (Compo, 3:02 CV 1675 (PCD), Dkt. #45, at 1). Plaintiffs further attest, "At the outset, [P]laintiffs' counsel can represent that [they are] not aware of any statements prepared after litigation commenced with respect to the above-captioned hearing loss cases." (Id. at 2). However, Plaintiffs seek guidance as to any future statements: "[T]o the extent the Court suggests any efforts to talk to railroad employees about matters pertaining to the instant cases, or obtaining statements in the

---

[7]Neither side cited 45 U.S.C. § 60 in their original briefs. (Compo, 3:02 CV 1675 (PCD), Dkt. #36, at 18-19, 26-27; Compo, 3:02 CV 1675 (PCD), Dkt. #37, at 6, 8).

future pursuant to 45 U.S.C. [§] 60 is a violation of Rule 4.2, the [P]laintiffs request reconsideration.  Also, to the extent the [P]laintiffs' counsel obtains written statements from railroad employees in the future, the [P]laintiffs request the Court reconsider its Order requiring production of said statements to the Court." (Id.).  Plaintiffs contend that 45 U.S.C. § 60 provides the authorization by law under Rule 4.2, and that under well-established law, post-litigation ex parte contact by a plaintiff's attorney with employees of a railroad-defendant in an FELA action does not violate Rule 4.2.  (Id. at 2-5)(citing multiple cases).  In these motions, Plaintiffs also seek an extension of time within which to file any objection to the January 15th Ruling.  (Id. at 5-6).

In their briefs in opposition, the Conrail Defendants acknowledge that "courts have accepted the argument that 45 U.S.C. § 60 allows counsel legally to engage in ex parte communications with employees of defendant[,] thus creating an exception to the ethical rules." (Laskevitch, 3:02 CV 1676 (GLG), Dkt. #44, at 5). The Conrail Defendants continue, however, that "[a]lthough Rule 4.2 may not be applicable to the instant cases, it is appropriate for the Court to review any responsive documents in camera in order to determine whether any responsive documents violate the Rule, as well as determine whether they are discoverable." (Id.).  Specifically, the Conrail Defendants argue that the Court must review all responsive documents in order to determine whether they are subject to the work product doctrine.  (Id. at 6-8)  The Conrail Defendants also contend that in light of the March 31, 2004 deadline for completing fact discovery in the first two batches of cases, Plaintiffs should not be entitled to additional time in which to file an objection to the January 15th Ruling.  (Id. at 8-9).

In their reply briefs, Plaintiffs reiterate their counsel is not aware of any post-litigation statements for the Court to review in camera.  (Compo, 3:02 CV 1675 (PCD),

Dkt. #48, at 2-3).

As previously indicated, Rule 4.2 provides: "In representing a client, a lawyer shall not communicate about the subject of the representation with a party the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized by law to do so."   Plaintiffs' counsel contends that such authorization is found in 45 U.S.C. § 60, which provides in pertinent part:

> Any contract, rule, regulation, or device whatsoever, the purpose, intent, or effect of which shall be to prevent employees of any common carrier from furnishing voluntarily information to a person in interest as to the facts incident to the injury or death of any employee, shall be void, and whoever, by threat, intimidation, order, rule, contract, regulation, or device whatsoever, shall attempt to prevent any person from furnishing voluntarily such information to a person in interest, or whoever discharges or otherwise disciplines or attempts to discipline any employee for furnishing voluntarily such information to a person in interest, shall, upon conviction thereof, be punished by a fine of not more than $1,000 or imprisoned for not more than one year, or by both such fine and imprisonment, for each offense. . . .

"[A] slight majority of courts" have held that "§ 60 does not supercede or preempt the ethical mandates of Rule 4.2 of its equivalent," including the only federal appellate court decision on this controversy.  Tyler, FELA § 60 v. Ethical Rule 4.2: More Than Meets the Eye in a Conflict Between State's Rights  and Federal Law, 69 U.M.K.C. LAW REV. 791, 793 (2001).  Compare Weibrecht v. Southern Ill. Transfer, Inc., 241 F.3d 875 (7th Cir. 2001)(Rule 4.2 is not superseded by § 60); Lewis v. CSX Transport., Inc., 202 F.R.D. 464 (W.D. Va. 2001)(same); Woodward v. Nabors Offshore Corp., 2001 WL 13339 (E.D. La. Jan. 4, 2001)(same); Belote v. Maritrans Operating Partners, L.P., 1998 WL 136523 (E.D. Pa. March 20, 1998)(same); Berryman v. Consolidated Rail Corp., 1995 WL 517642 (E.D. Pa. Aug. 28, 1995)(same)(dicta); White v. Illinois Cent. R.R. Co., 162 F.R.D. 118 (S.D. Miss. 1995)(same); Tucker v. Norfolk & W. Ry. Co., 849 F. Supp.

1096 (E.D. Va. 1994)(same); Branham v. Norfolk & W. Ry. Co., 151 F.R.D. 67 (S.D.W.

Va. 1993)(same); Queensbury v. Norfolk & W. Ry. Co., 157 F.R.D. 21 (E.D. Va.

1993)(same); Garrett v. National R.R. Passenger Corp., 1990 WL 122911 (E.D. Pa. Aug.

14, 1990)(same) with Pratt v. National R.R. Passenger Corp., 54 F. Supp. 2d 78 (D.

Mass. 1999)(§ 60 takes precedence over Rule 4.2); Shaffer v. Union Pac. R.R., 1996

WL 76157 (D. Or. 1996)(same); Mayfield v. Soo Line R.R., 1995 WL 715865 (N.D. Ill.

Dec. 4, 1995)(same); United Transp. Union, Local Unions 385 & 77 v. Metro-North

Commuter R.R. Co., 1995 WL 634906 (S.D.N.Y. Oct. 30, 1995)(same); Blasena v.

Consolidated Rail Corp., 898 F. Supp. 282 (D.N.J. 1995)(same); Coleman v. National

R.R. Passenger Corp., 1995 WL 395924 (E.D. Pa. June 28, 1995)(same); Faragher v.

National R.R. Passenger Corp., 1992 WL 25729 (E.D. Pa. Feb. 7, 1992)(same).[8] See

also Schneider, Stuck on the Tracks: The FELA Engine v. The Ethical Caboose, 20 S.

ILL. U.L.J. 331 (1996).

As the district court explained in Blasena:

The purpose of . . . Section 60 was to protect employees.   The intention
of the Congress was to see to it that an injured employee could readily
obtain all the available information from witnesses, particularly employees
of the railroad company.   It was made a criminal offense for any one to
attempt to prevent any person from voluntarily furnishing information
concerning an accident to a person in interest.   An injured employee
would be one of such persons.   Withholding consent would chill justifiable
FELA claims . . . by attempting to prevent, and perhaps succeeding in
preventing, injured employees from discovering the facts.

898 F. Supp. at 285 (internal quotations & citations omitted).   Thus, the court concluded

that "[to] permit a defendant to conduct unlimited ex parte interviews of railroad

---

[8]Plaintiffs have cited a 1991 two-page ruling by the late U.S. District Judge T.F. Gilroy
Daly, see note 4 supra, but that ruling does not address the issue raised here, but rather enjoins
the defendant-railroad from preventing its employees from speaking with plaintiff's counsel or
retaliating against them.

employees in the course of preparing a defense, while requiring plaintiff's counsel to either obtain consent for interviews or utilize formal discovery devices (i.e. depositions) to obtain similar information negates the entire purpose of the statute." Id. at 286.

In contrast, in Belote, the district court held that based upon its legislative history, § 60 was not intended to preempt Rule 4.2, in that the statute was enacted to regulate the railroad's behavior, and not grant an FELA plaintiff's attorney the opportunity to conduct ex parte interview of railroad employees. 1998 WL 136523, at *5-6.

In Weibrecht, the Seventh Circuit reasoned that contrary to many of the prior decisions on this issue, the Seventh Circuit did not discern "an irreconcilable conflict . . . between § 60 and Rule 4.2." 241 F.3d at 880. Instead, the Seventh Circuit differentiated, as did several of the other decisions, between employees who are considered to be represented by a railroad company's lawyers under Rule 4.2 and those who are not:

> If the employee is not represented, then the plaintiff's attorney would be free to contact that employee. If the employee is represented, however, under Rule 4.2 the plaintiff's attorney would be required to go through the employee's lawyer (who is most likely the company's lawyer) to schedule a deposition or otherwise gain information from the employee. Although this requirement might raise the cost of gathering information from the employee, we cannot say that such a requirement amounts to a rule or device that prevents the employee from furnishing information to the plaintiff's attorney.

Id. The Seventh Circuit relied upon the comments to Rule 4.2, which prohibits communications with an organization's employee, if such employee has a managerial responsibility on behalf of the organization, such employee's act or omission in connection with that matter may be imputed to the organization for purposes of civil liability, or such employee's statement may constitute an admission on the part of the organization. Id. at 881.

20

Other courts have also have relied upon this distinction, without regard to the ultimate conclusion as to the precedence of § 60 or Rule 4.2. <u>Compare Woodward</u>, 2001 WL 13339, at *2-3; <u>Belote</u>, 1998 WL 136523, at *2-4; <u>White</u>, 162 F.R.D. at 119; <u>Tucker</u>, 849 F. Supp. at 1098; <u>Garrett</u>, 1990 WL 122911, at *1 <u>with Pratt</u>, 54 F. Supp. 2d at 79-80; <u>Mayfield</u>, 1995 WL 715865, at *1; <u>United Transport. Union</u>, 1995 WL 634906, at *4 & 6; <u>Coleman</u>, 1995 WL 395924, at *1. <u>See also Lewis</u>, 202 F.R.D. at 466 (relying upon F.R. EVID. 801(d)(2)(D)). As U.S. District Judge Sweet explained in <u>United Transport. Union</u>: "[T]he dangers of overreaching are minimal when a FELA plaintiff's attorney solicits facts from a rank-and-file volunteer. The admissions of one of the Unions' members is unlikely to bind Metro-North." 1995 WL 634906, at *6. <u>See also</u> Tyler, 69 U.M.K.C. LAW REV. at 808 ("Rule 4.2 . . . does not . . . prevent a FELA plaintiff's attorney from contacting fact witnesses not otherwise considered a 'represented person' under Rule 4.2.").

Plaintiffs' counsel has represented that he does not have any pre-litigation statements from Conrail employees or any post-litigation statements up until the filing of these latest motions. (January 15th Ruling at 17; <u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #45, at 2 & Dkt. #48, at 2-3). Thus, although the Conrail Defendants seek an <u>in camera</u> review of these statements, none can be made in the absence of any documents.

In these motions, Plaintiffs further seek guidance as to any future statements obtained, presumably before the close of fact discovery. (<u>Compo</u>, 3:02 CV 1675 (PCD), Dkt. #45, at 2). To the extent Plaintiffs' counsel seeks an advisory opinion as to what <u>ex parte</u> interviews they can conduct in the future (before March 31, 2004 for the first two batches of cases and before September 30, 2004 for the last two batches of cases), Plaintiffs' counsel must conduct themselves in accordance with the sensible

reconciliation made by the Seventh Circuit in the Weibrecht decision, namely that they may not conduct ex parte interviews with any Conrail employees who are considered to be represented by the Conrail Defendants' lawyers under Rule 4.2, but are not so constrained with respect to those Conrail employees who are not considered to be represented by the Conrail Defendants' lawyers.

Accordingly, Plaintiffs' Motions for Reconsideration and Motion to Extend the Deadline for Filing Any Objections Until After the Court Rules on the Instant Motion, Compo, 3:02 CV 1675 (PCD), Dkt. #44; Laskevitch, 3:02 CV 1676 (GLG), Dkt. #40; Selmont, 3:02 CV 1677 (GLG), Dkt. #41; Fuda, 3:02 CV 1678 (RNC), Dkt. #44; Geary, 3:02 CV 1679 (WWE), Dkt. #44; Kiniry, 3:02 CV 1680 (JBA), Dkt. #55; Raggi, 3:02 CV 1681 (GLG), Dkt. #44; Russo, 3:02 CV 1682 (JCH), Dkt. #44; Scofield, 3:02 CV 1683 (JCH), Dkt. #49; Sullivan, 3:02 CV 1684 (JCH), Dkts. #44; Sweeney, 3:02 CV 1872 (RNC), Dkt. #45; Black, 3:02 CV 1873 (AVC), Dkt. #42; Schumacher, 3:02 CV 1875 (AHN), Dkt. #42; Bakutis, 3:02 CV 1877 (MRK), Dkts. #43; Kane, 3:02 CV 1878 (CFD), Dkt. #39; Koval, 3:02 CV 1879 (GLG), Dkt. #40; LoVerme, 3:02 CV 1880 (PCD), Dkt. #44; Strand, 3:02 CV 1883 (AWT), Dkt. #38; Caffrey, 3:02 CV 1884 (CFD), Dkt. #41; Bettini, 3:02 CV 2030 (RNC), Dkt. #42; Ciuzio, 3:02 CV 2032 (JBA), Dkt. #50; Fanning, 3:02 CV 2034 (SRU), Dkt. #38; Farley, 3:02 CV 2035 (WWE), Dkt. #37; Farruggio, 3:02 CV 2036 (CFD), Dkt. #42; Gibbs, 3:02 CV 2037 (WWE), Dkt. #39; Infantino, 3:02 CV 2038 (GLG), Dkt. #39; Sartori, 3:02 CV 2039 (PCD), Dkt. #42; Tramaglini, 3:02 CV 2040 (SRU), Dkt. #37; Walz, 3:02 CV 2041 (DJS), Dkt. #45; Barrett, 3:03 CV 180 (DJS), Dkt. #36; Betrix, 3:03 CV 181 (WWE), Dkt. #37; Byrne, 3:03 CV 182 (CFD), Dkt. #30; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #33; Inconstanti, 3:03 CV 184 (MRK), Dkt. #37; Johnson, 3:03 CV 185 (GLG), Dkt. #34; Patterson, 3:03 CV 187 (GLG), Dkt. #30;

Rodriguez, 3:03 CV 188 (JBA), Dkt. #38; Starr, 3:03 CV 189 (RNC), Dkt. #34; West, 3:03 CV 190 (AWT), Dkt. #36; Wright, 3:03 CV 191 (RNC), Dkt. #40, are granted to the extent set forth above and Plaintiffs may file an objection to the January 15th Ruling, if any, simultaneously with an objection filed to this Ruling.

This is not a Recommended Ruling but a Ruling on discovery, the standard of review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule 2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);** FED. R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the Dis2rict of Connecticut; Small v. Secretary, H&HS, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

Dated at New Haven, Connecticut, this 3rd day of March, 2004.


_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge