UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS J. FARLEY : | |
| : | |
| Plaintiff, : | |
| : | |
| V. : | CIVIL ACTION NO. 3:02 CV 2035 (WWE) |
| : | |
| METRO-NORTH RAILROAD COMPANY, : | |
| CONSOLIDATED RAIL CORPORATION : | |
| and AMERICAN FINANCIAL GROUP, : | |
| INC., f/k/a AMERICAN PREMIER : | JANUARY 12, 2005 |
| UNDERWRITERS, INC., f/k/a PENN : | |
| CENTRAL CORPORATION : | |
| : | |
| Defendants. : | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated: January 12, 2005

                              Susan B. Parzymieso, Esq.  (CT 25301)
                              Ryan, Ryan, Johnson & Deluca, LLP
                              80 Fourth Street, P.O. Box 3057
                              Stamford, CT   06905
                              Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Thomas J. Farley

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.159\appearancefarley.wpd
205.159