IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
NICKOLAS ATLAS                      :    3:02 CV 2029 (DJS)
:
:
v.                                  :
:
:
METRO-NORTH RAILROAD CO.            :    DATE: FEB. 24, 2005
:
---------------------------------------------------------x
---------------------------------------------------------x
:
MICHAEL BETTINI                     :    3:02 CV 2030 (RNC)
:
:
v.                                  :
:
:
METRO-NORTH RAILROAD CO. ET AL.     :    DATE: FEB. 24, 2005
:
---------------------------------------------------------x
---------------------------------------------------------x
:
RICHARD F. FANNING                  :    3:02 CV 2034 (SRU)
:
:
v.                                  :
:
:
METRO-NORTH RAILROAD CO. ET AL.     :    DATE: FEB. 24, 2005
:
---------------------------------------------------------x
---------------------------------------------------------x
:
THOMAS FARLEY                       :    3:02 CV 2035 (WWE)
:
:
v.                                  :
:
:
METRO-NORTH RAILROAD CO. ET AL.     :    DATE: FEB. 24, 2005
:
---------------------------------------------------------x

```
-----------------------------------------------------x
                                                     :
    CALOGERO G. FARRUGGIO                            :    3:02 CV 2036 (CFD)
                                                     :
                                                     :
    v.                                               :
                                                     :
                                                     :
    METRO-NORTH RAILROAD CO. ET AL.                  :    DATE: FEB. 24, 2005
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
    THOMAS INFANTINO                                 :    3:02 CV 2038 (WWE)
                                                     :
                                                     :
    v.                                               :
                                                     :
                                                     :
    METRO-NORTH RAILROAD CO. ET AL.                  :    DATE: FEB. 24, 2005
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
    ANTONIO SARTORI                                  :    3:02 CV 2039 (PCD)
                                                     :
                                                     :
    v.                                               :
                                                     :
                                                     :
    METRO-NORTH RAILROAD CO. ET AL.                  :    DATE: FEB. 24, 2005
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
    LAWRENCE TRAMAGLINI                              :    3:02 CV 2040 (SRU)
                                                     :
                                                     :
    v.                                               :
                                                     :
                                                     :
    METRO-NORTH RAILROAD CO. ET AL.                  :    DATE: FEB. 24, 2005
                                                     :
-----------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
THOMAS BYRNE, SR.                            :   3:03 CV 182 (CFD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.              :   DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
FRANK A. DiLORENZO                           :   3:03 CV 183 (AWT)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.              :   DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
DENNIS INCONSTANTI                           :   3:03 CV 184 (MRK)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.              :   DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JOHN J. MELILLO                              :   3:03 CV 186 (RNC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO.                     :   DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
PEDRO S. RODRIGUEZ                                   :   3:03 CV 188 (JBA)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: FEB. 24, 2005
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
RICHARD STARR                                        :   3:03 CV 189 (RNC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: FEB. 24, 2005
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ROBERT F. WRIGHT                                     :   3:03 CV 191 (RNC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: FEB. 24, 2005
                                                     :
-----------------------------------------------------x
```

RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, plaintiff's Motions for Extension of Scheduling Order Deadlines, Atlas, 3:02 CV 2029 (DJS), Dkt. #29; Bettini, 3:02 CV 2030 (RNC), Dkt. #57; Fanning, 3:02 CV 2034 (SRU), Dkt. #52; Farley, 3:02 CV 2035 (WWE), Dkt. #52; Farruggio, 3:02 CV 2036 (CFD), Dkt. #57; Infantino, 3:02 CV 2038 (WWE), Dkt. #55; Sartori, 3:02 CV 2039 (PCD), Dkt. #56; Tramaglini, 3:02 CV 2040 (SRU), Dkt. #48; Byrne, 3:03 CV 182 (CFD), Dkt. #45; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #50; Inconstanti, 3:03 CV 184 (MRK), Dkt. #53; Melillo, 3:03 CV 186 (RNC), Dkt. #28; Rodriguez, 3:03 CV 188 (JBA), Dkt. #53; Starr, 3:03 CV 189 (RNC), Dkt. #47; Wright, 3:03 CV 191 (RNC), Dkt. #54, are granted by agreement as follows:

All fact discovery shall be completed **on or before April 1, 2005**; defendant's expert report(s) shall be disclosed **on or before April 30, 2005**; defendant's expert(s) shall be deposed **on or before May 30, 2005**; plaintiff's expert report(s) shall be disclosed **on or before May 30, 2005**; and plaintiff's expert(s) shall be deposed **on or before June 30, 2005**.

Dated at New Haven, Connecticut, this 24th day of February, 2005.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge